UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARLA BRINTLEY,

    Plaintiff,

Case No: 2:17-cv-13917-VAR-RSW
Hon. Victoria A. Roberts
Mag. Judge R. Steven Whalen

v.

AMERICAN 1 CREDIT UNION,
a credit union,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Karla Brintley, and Defendant, American 1 Credit Union, by and through the respective counsel, respectfully submit this Notice of Settlement, and inform the Court as follows:

    1.    Plaintiff Karla Brintley has reached an agreement with Defendant American 1 Credit Union to resolve the claims against the Defendant.

    2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

    3.    Based on the foregoing, the Parties respectfully request that the Court temporarily suspend all further proceedings, pending the filing of the Notice of Dismissal.

Respectfully submitted,

Date: June 26, 2018

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore, Esq. (P66640)
Salvatore Prescott & Porter, PLLC
Attorneys for Plaintiff
105 East Main Street
Northville, Michigan 48167
Phone: (248) 679-8711
Fax: (248) 773-7280
salvatore@spplawyers.com


/s/ Scott J. Ferrell
Scott J. Ferrell, Esq. (*admission pending*)
Pacific Trial Attorneys
Attorneys for Plaintiff
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com


## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein by electronic filing on the 26th day of June 2018.

/s/ Jennifer B. Salvatore

2