# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KARLA BRINTLEY, ) | |
| ) | |
| Plaintiff ) | Case No: 2:17-cv-13917 |
| ) | |
| v. ) | Hon. Victoria A. Roberts |
| ) | |
| AMERICAN 1 CREDIT UNION, ) | Mag. Judge R. Steven Whalen |
| a credit union, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karla Brintley voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted this 17th day of July, 2018.

                                                Respectfully submitted,

Date: July 17, 2018

                                                /s/ Jennifer B. Salvatore
                                                Jennifer B. Salvatore, Esq. (P66640)
                                                Salvatore Prescott & Porter, PLLC
                                                Attorneys for Plaintiff
                                                105 East Main Street
                                                Northville, Michigan 48167
                                                Phone: (248) 679-8711
                                                Fax: (248) 773-7280
                                                salvatore@spplawyers.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF systems, which will provide notification of such filing to all counsel of record.

                                                /s/ Jennifer B. Salvatore